**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1344-REB-MJW

ARTINE YAPOUJIAN,

    Plaintiff,

v.

RICHARD E. JONES, #94041, in his individual capacity,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The plaintiff has filed an **Unopposed Motion to Dismiss With Prejudice** [#33] on July 19, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1. That the **Unopposed Motion to Dismiss With Prejudice** [#33], filed on July 19, 2005, is **GRANTED**;

    2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

    3. That the trial preparation conference set for March 10, 2006, and the jury trial set to commence March 13, 2006, are **VACATED**.

    Dated this 19th day of July, 2005, at Denver, Colorado.

                              BY THE COURT:

                              s/Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge